# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Luis Alberto Martinez Reina
                           Plaintiff,

v.                                          Case No.: 1:25−cv−12492
                                                           Honorable Thomas M. Durkin

Pam Bondi, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

       MINUTE entry before the Honorable Thomas M. Durkin: Petitioner's notice of mootness and motion to dismiss without prejudice [10] is granted. This case is dismissed without prejudice as moot. Respondents are barred from re−detaining Petitioner during the pendency of his immigration proceedings absent a substantial change in circumstances. All pending dates before this Court are stricken. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.